# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| **ALLEGIS INVESTMENT SERVICES, LLC, ALLEGIS INVESTMENT ADVISORS, LLC,**<br><br>              Plaintiffs,<br><br>vs.<br><br>**ARTHUR J. GALLAGHER & CO; INDIAN HARBOR INSURANCE COMPANY; and PAIGE NABAVIAN,**<br><br>              Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:17CV515DAK<br><br>Judge Dale A. Kimball |

Based on this court's March 1, 2019 Memorandum Decision and Order, the court enters judgment in favor of Arthur J. Gallagher & Co, Paige Nabavian, and Indian Harbor Insurance Company on all claims asserted by Plaintiffs. This action is closed.

DATED this 5th day of March, 2019.

BY THE COURT:

_____
DALE A. KIMBALL,
United States District Judge